IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH JURY DIVISION

| | |
|---|---|
| ANGEL BRUMMETT, On Behalf of Herself and All Others Similarly Situated, | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) |
| UNITED PROPANE GAS, INC. and DCC PROPANE, LLC, | ) ) ) |
| *Defendants*, | ) ) |

COLLECTIVE ACTION

CASE NO. 5:22-CV-37-TBR

SENIOR JUDGE RUSSELL

JURY DEMAND

**JOINT MOTION AND STIPULATION FOR CONDITIONAL CLASS CERTIFICATION AND NOTICE TO PUTATIVE COLLECTIVE ACTION MEMBERS**

Plaintiff Angel Brummett, on behalf of herself and all others similarly situated, and Defendants United Propane Gas, Inc. and DCC Propane, LLC jointly move this Court for an order conditionally certifying a class of individuals and authorizing the notice attached as *Exhibit A* to be sent by mail and electronic mail to these individuals in accordance with Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), as set forth in the proposed order submitted with this Motion.

As set forth below, Defendants seek to preserve their right to move to decertify this class at an appropriate time in this litigation. However, by agreeing to resolve the issue of conditional class certification and notice, the Parties submit that they are preserving judicial resources and ensuring the efficient litigation of Plaintiffs' claims.

In support of this Motion, the Parties stipulate as follows:

1. On March 10, 2022, Plaintiff Brummett initiated this action by filing a Collective Action Complaint under the Fair Labor Standards Act ("FLSA") seeking overtime wages for

1

salaried employees of Defendants who were paid less than minimum salary threshold mandated by the FLSA. (Doc. No. 01).

    2.    On May 25, 2022, Plaintiff filed a Motion for the Issuance of Court-Supervised Notice to ensure that potential Opt-In Plaintiffs receive Court-supervised notice of this action as soon as possible. Subsequently, counsel for the Parties discussed Plaintiffs' Motion and the relief Plaintiffs sought and eventually reached agreement to resolve said Motion. Specifically, the Parties agree, stipulate, and jointly request that the Court enter an order that:

    a. conditionally certifies this case as a collective action under 29 U.S.C. § 216(b) consisting of all current and former employees of United Propane Gas, Inc. or one of its affiliates ("UPG") and/or DCC Propane, LLC ("DCC") who were classified as exempt from overtime pay, paid on a salaried basis, and paid an amount lower than $35,568 per year (or the weekly ($684) or biweekly ($1,368) equivalent) in at least one workweek at any time from January 1, 2020 to the present;

    b. approves the stipulated Notice and Consent Form attached hereto as *Exhibit A*;

    c. within seven (7) days following the Court's granting of this Motion, Defendants shall provide to Plaintiff's counsel an Excel spreadsheet containing the names, last known mailing address(es), last known email address(es), last known telephone number(s), dates of employment, and location(s) of employment for all individuals who meet this class definition ("Class List");

    d. within seven (7) days of receiving the Class List from Defendants, Plaintiff and her counsel shall cause the approved Notice and Consent Forms to issue to potential Opt-In Plaintiffs via U.S. Mail and email at their initial expense without prejudice to seeking reimbursement and shall include a self-addressed, postage-prepaid envelope with the initial mailing;

    e. Defendants are not required to post or otherwise disseminate the Notice and Consent forms to any former or current employees;

    f. Plaintiff's counsel shall cause a reminder notice to be sent as set forth in the attached proposed Order;

    g. the opt-in period shall be sixty (60) days from the date of mailing of the Court-authorized Notice and Consent Form, as reflected in *Exhibit A*; and

    h. within seven (7) days of the notice period closing, the Parties shall exchange Rule 26(a) initial disclosures, which shall include the pay and time data for all

Plaintiffs who have joined the case and any documentation Plaintiffs intend to rely upon to support their FLSA claims (unless such information has already been produced).

Nothing in this Joint Motion and Stipulation shall be an admission as to the appropriateness of the class for final certification under Section 16(b) of the FLSA, 29 U.S.C. § 216(b), or that the Named Plaintiff is similarly situated to the members of the putative collective action, and nothing herein shall be construed as a waiver of any right by any Defendant in this action to seek decertification. Additionally, nothing in this Joint Motion and Stipulation shall constitute a waiver of any of Defendants' defenses, which are expressly retained.

A proposed order granting this relief has been submitted herewith.

Date: September 13, 2022                Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (KY Bar No. 98258)**
**JOSHUA A. FRANK (TN Bar No. 33294) \***
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

**J. CHRIS SANDERS**
BAHE, COOK, CANTLEY & NEFZGER PLC (Of Counsel)
1041 Goss Avenue
Louisville, KY 40217
Telephone: (502) 587-2002
csanders@bccnlaw.com

\* Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

/s/ J. Keith Coates, Jr. (w/permission by DWG)
**J. CHADWICK HATMAKER**

3

**J. KEITH COATES, JR.**
Woolf, Mcclane, Bright, Allen & Carpenter, PLLC
P.O. Box 900
Knoxville, TN 37901-0900
Telephone: (865) 215-1054
Facsimile: (865) 215-1015
kcoates@wmbac.com
chatmaker@wmbac.com

*Attorneys for Defendant United Propane Gas, Inc.*

/s/ Ryan M. Martin (w/permission by DWG)
**KATHARINE C. WEBER**
**RYAN M. MARTIN**
Jackson Lewis P.C.
201 E. Fifth Street, 26 Floor
Cincinnati, OH 45202
Telephone: 513-898-0050
Facsimile: 513-898-0051
katharine.weber@jacksonlewis.com
ryan.martin@jacksonlewis.com

*Attorneys for Defendant DCC Propane, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Joint Motion and Stipulation for Conditional Class Certification and Notice to Putative Collective Action Members* was filed electronically with the Clerk's office by using the CM/ECF system and served electronically upon the parties as indicated below through the Court's ECF system on September 13, 2022:

**J. CHADWICK HATMAKER**
**J. KEITH COATES, JR.**
WOOLF, MCCLANE, BRIGHT, ALLEN & CARPENTER, PLLC
P.O. Box 900
Knoxville, TN 37901-0900
Telephone: (865) 215-1054
Facsimile: (865) 215-1015
kcoates@wmbac.com
chatmaker@wmbac.com

*Attorney for Defendant United Propane Gas, Inc.*


**KATHARINE C. WEBER**
**RYAN M. MARTIN**
JACKSON LEWIS P.C.
201 E. Fifth Street, 26 Floor
Cincinnati, OH 45202
Telephone: 513-898-0050
Facsimile: 513-898-0051
katharine.weber@jacksonlewis.com
ryan.martin@jacksonlewis.com

*Attorney for Defendant DCC Propane, LLC*

                                        /s/ David W. Garrison
                                        DAVID W. GARRISON
                                        **BARRETT JOHNSTON**
                                              **MARTIN & GARRISON, LLC**