# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### PADUCAH JURY DIVISION

| | | |
|---|---|---|
| **ANGEL BRUMMETT, On Behalf of Herself and All Others Similarly Situated,** | ) ) ) | |
| *Plaintiff,* | ) ) | **COLLECTIVE ACTION** |
| | ) | **CASE NO. 5:22-CV-37-TBR** |
| **v.** | ) ) | **SENIOR JUDGE RUSSELL** |
| **UNITED PROPANE GAS, INC. and DCC PROPANE, LLC,** | ) ) | **JURY DEMAND** |
| *Defendants,* | ) ) | |

This case is before the Court on the Parties' Joint Motion and Stipulation for Conditional Class Certification and Notice to Putative Collective Action Members. For good cause shown, this Motion is **GRANTED**, consistent with the terms of this Order.  THE STAY IS NOW LIFTED.

It is hereby **ORDERED** that the following class of individuals is conditionally certified in accordance with Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b): All current and former employees of United Propane Gas, Inc. or one of its affiliates ("UPG") and/or DCC Propane, LLC ("DCC") who were classified as exempt from overtime pay, paid on a salaried basis, and paid an amount lower than $35,568 per year (or the weekly ($684) or biweekly ($1,368) equivalent) in at least one workweek at any time from January 1, 2020 to the present.

It is **ORDERED** that the Notice and Consent Form, attached as Exhibit A to the Parties' Joint Motion, are approved for distribution to potential Opt-In Plaintiffs and shall be used to opt into this action.

It is **ORDERED** that Defendants shall, within seven (7) days of the date this Order is entered, provide to Plaintiffs' counsel an Excel spreadsheet containing the name, last known

mailing address(es), last known email address(es), last known telephone number(s), dates of employments, and location of employment for each current or former employee ("Class List").

It is **ORDERED** that within seven (7) days of receiving the notice list from Defendant, Plaintiff's counsel, or a third-party designated by Plaintiff's counsel, shall distribute, via U.S. Mail and e-mail, the Court-authorized Notice. Each mailed Notice shall be accompanied by the Consent Form and a pre-addressed, prepaid return envelope. Each e-mailed Notice shall contain a link by which putative class members may access the Consent Form in order to sign and return it to Plaintiff's counsel. No other material shall accompany the Notice. Plaintiff's counsel shall use their best efforts to mail and e-mail all Notices initially on the same day so as to establish a single date of mailing. Plaintiff's counsel shall bear all costs associated with distributing the Notice and accompanying material in this manner but shall be entitled to petition the Court for a recovery of such costs.

It is **ORDERED** that within two (2) business days of distributing the Notice via U.S. Mail and e-mail, Plaintiff shall file with the Court a certification that the Notice has been sent consistent with this Order identifying the date of mailing, attaching the final version of the Notice sent by U.S. Mail and e-mail with all dates inserted.

It is **ORDERED** that all Consent Forms shall be postmarked or electronically submitted no later than sixty (60) days from the date of mailing and e-mailing of the Notice. Timely consent forms shall be deemed "filed" on the postmarked date or date received by Plaintiff's counsel electronically.

It is **ORDERED** that approximately half-way through the 60-day notice period, Plaintiff's counsel shall distribute, via U.S. Mail and e-mail, the Court-authorized Notice to any individuals

2

who fall within the group defined above from whom Plaintiff's counsel have not received a completed Consent Form.

It is **ORDERED** that within seven (7) days after the close of the notice period, the Parties shall exchange Rule 26(a) initial disclosures, which shall include the pay and time data for all Plaintiffs who have joined the case and any documentation Plaintiffs intend to rely upon to support their FLSA claims (unless such information has already been produced).

Pursuant to 28 U.S.C. § 636(b)(l)(A) this matter is referred to Magistrate Judge Lanny King.  A telephonic status conference is set on November 28, 2022 at 10:00 a.m. Central with Magistrate Judge Lanny King. Counsel for the parties shall connect to the call by dialing the toll-free meeting number 1-877-848-7030 and entering access code 7238577# when prompted.

THE STAY IS NOW LIFTED.

**Thomas B. Russell, Senior Judge**
**United States District Court**

September 16, 2022

3