IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH JURY DIVISION

| | |
|---|---|
| ANGEL BRUMMETT, On Behalf of Herself and All Others Similarly Situated, | ) ) ) |
| *Plaintiff,* | ) COLLECTIVE ACTION ) ) CASE NO. 5:22-CV-37-GNS |
| v. | ) ) CHIEF JUDGE STIVERS |
| UNITED PROPANE GAS, INC. and DCC PROPANE, LLC, | ) ) JURY DEMAND ) |
| *Defendants,* | ) ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

Defendants United Propane Gas, Inc. and DCC Propane, LLC and Plaintiffs Angel Brummett, Pam Ayers, and Amanda Sanders (collectively, "Plaintiffs") have reached a comprehensive settlement agreement (the "Agreement") in this matter. Plaintiffs now move the Court to approve the Agreement, which is attached as Exhibit 1, in accordance with the Fair Labor Standards Act ("FLSA").

For the reasons set forth in the accompanying Memorandum, this Motion should be **GRANTED**. A proposed order granting this relief is attached to this Motion.

Date: January 31, 2023        Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (KY Bar No. 98258)**
**JOSHUA A. FRANK (TN Bar No. 33294) \***
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

1

        **J. CHRIS SANDERS**
        BAHE, COOK, CANTLEY & NEFZGER PLC (Of Counsel)
        1041 Goss Avenue
        Louisville, KY 40217
        Telephone: (502) 587-2002
        csanders@bccnlaw.com

        \* Admitted *Pro Hac Vice*

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this *Plaintiff's Unopposed Motion for Approval of Settlement* was filed electronically with the Clerk's office by using the CM/ECF system and served electronically upon the parties as indicated below through the Court's ECF system on January 31, 2023:

**J. CHADWICK HATMAKER**
**J. KEITH COATES, JR.**
WOOLF, MCCLANE, BRIGHT, ALLEN & CARPENTER, PLLC
P.O. Box 900
Knoxville, TN 37901-0900
Telephone: (865) 215-1054
Facsimile: (865) 215-1015
kcoates@wmbac.com
chatmaker@wmbac.com

*Attorney for Defendant United Propane Gas, Inc.*

**KATHARINE C. WEBER**
**RYAN M. MARTIN**
JACKSON LEWIS P.C.
201 E. Fifth Street, 26 Floor
Cincinnati, OH 45202
Telephone: 513-898-0050
Facsimile: 513-898-0051
katharine.weber@jacksonlewis.com
ryan.martin@jacksonlewis.com

*Attorney for Defendant DCC Propane, LLC*

        /s/ David W. Garrison
        DAVID W. GARRISON
        **BARRETT JOHNSTON**
           **MARTIN & GARRISON, LLC**